# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

IWOINAKEE HARRIS-BILLUPS

       Appellant

                                       Case No. 22-10033-AA

v.

MILIELE ANDERSON

## MOTION TO REOPEN APPEAL
## AND TO FILE OUT-OF-TIME CIVIL APPEAL STATEMENT

Comes Now, Appellant Iwoinakee Harris-Billups, through the undersigned counsel, and files this Motion to Reopen Appeal And To File Out-Of-Time Civil Appeal Statement, and states:

When this appeal was docketed, the undersigned counsel, Attorney Kenneth Muhammad, was not admitted to practice before the 11th Circuit Court of Appeals. Consequently, he could not file into this case initially. Before being admitted, Attorney Muhammad called the clerk/case manager and informed them that the certificate of interested persons would be filed after admission. During the call, counsel was informed that an email would be coming indicating that an extension to file had been granted. Following that call an email came on or about January 25, 2022 indicated that a docket entry was entered stating that counsel had fourteen (14) days to file the civil appeal statement. Counsel mistakenly believed that the email concerned the certificate of interested persons, which was the subject of the call.

The next day, a new email came showing a docket entry regarding the certificate of interested persons. Counsel was admitted to practice before this court, then he filed the certificate of interested persons on February 8, 2022, which is exactly 14 days from the January 25, 2022 email concerning the civil appeal statement.

On February 22, 2022, this appeal was dismissed for want of prosecution for failure to file the civil appeal statement within the 14 days. Counsel immediately filed the civil appeal statement the same day, February 22, 2022. Counsel has emailed and placed a telephone call to opposing counsel to ask whether Appellee consents to this request. No response has been received at this time.

WHEREFORE, Appellant respectfully requests an **extension of time through February 22, 2022** to file the civil appeal statement since this is the date that it was filed. Out of an abundance of caution, counsel also requests an **extension through February 8, 2022** to file the certificate of interested persons since this is the date the certificate was originally filed. Appellant respectfully requests that this **appeal be reopened**.

Respectfully submitted this 23rd day of February, 2022.

/s/ Kenneth Muhammad
KENNETH MUHAMMAD
Georgia Bar Number 527907
3675 Crestwood Parkway, Suite 400
Duluth, Georgia 30096
Phone: 770-817-7623
Email: kwm@gmx.com

# CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Appellant identifies the following trial judges, attorneys, persons, associations of persons, firms, partnerships, and corporations that have an interest in the outcome of this case, pursuant to 11th Cir. R. 26.1-1 through 26.1-3:

1. Anderson, Milele (Appellee/Defendant);

2. Britt, Russell A. (counsel for Appellee/Defendant);

3. Daniel, Quamillieon Jaden (Surviving Child of Decedent Quintas Harris);

4. Dekalb County, Georgia (employer of Appellee/Defendant);

5. Hall Booth Smith, P.C. (counsel for Appellee/Defendant);

6. Harris, Quamere Jadon (Surviving Child of Decedent Quintas Harris);

7. Harris-Billups, Iwoinake Gebray (Appellant/Plaintiff);

8. Jones, Steve C. (district court judge)

9. Law Office of KWM, LLC (counsel for Appellant/Plaintiff);

10. Muhammad, Kenneth W. (counsel for Appellant/Plaintiff);

11. Ware, R. David (counsel for Appellee/Defendant).

Respectfully submitted this 23rd day of February, 2022.

/s/ Kenneth Muhammad
KENNETH MUHAMMAD
Georgia Bar Number 527907
3675 Crestwood Parkway, Suite 400
Duluth, Georgia 30096
Phone: 770-817-7623
Email: kwm@gmx.com

# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

IWOINAKEE HARRIS-BILLUPS

    Appellant

                                                                                                       Case No. 22-10033-AA

v.

MILIELE ANDERSON

## **CERTIFICATE OF COMPLIANCE**

    This document complies with the word limit of FRAP 32 because, excluding the parts of the document exempted by FRAP 32(f), this document contains 394 words.

    This document complies with the typeface requirements of FRAP 32(a)(5) and the type-style requirements of FRAP 32(a)(6).

    Respectfully submitted this 23rd day of February, 2022.

                                        /s/ Kenneth Muhammad
                                      KENNETH MUHAMMAD
                                      Georgia Bar Number 527907
                                      3675 Crestwood Parkway, Suite 400
                                      Duluth, Georgia 30096
                                      Phone: 770-817-7623
                                      Email: kwm@gmx.com

# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

IWOINAKEE HARRIS-BILLUPS

    Appellant

Case No. 22-10033-AA

v.

MILIELE ANDERSON

## **CERTIFICATE OF SERVICE**

I hereby certify that I have/will cause the Motion to Reopen Appeal and to File Out-Of-time Civil Appeal Statement to be served upon the following attorneys of record by filing said document within the CM/ECF system which will automatically send electronic notification to:

R. David Ware
dware@hallboothsmith.com
Russell A. Britt
rbritt@hallboothsmith.com
191 Peachtree Street, NE
Suite 2900
Atlanta, Georgia 30303-1775

Respectfully submitted this 23rd day of February, 2022.

    /s/ Kenneth Muhammad
    KENNETH MUHAMMAD
    Georgia Bar Number 527907
    3675 Crestwood Parkway, Suite 400
    Duluth, Georgia 30096
    Phone: 770-817-7623
    Email: kwm@gmx.com